JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Justin TerVeer,<br><br>    Petitioner,<br><br>  v.<br><br>Cuevas & The People, et al.,<br><br>    Respondents. | No. CV 24-4059-WLH(E)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  August 12, 2024.


_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE